# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| THOMAS V. KARAGIANNIS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 10-CV-2085 |
| ) | |
| ALLCARE DENTAL MANAGEMENT, ) | |
| LLC, ALLCARE DENTAL & DENTURES ) | |
| OF ILLINOIS - BATES DDS PC, d/b/a ) | |
| Allcare Dental and Dentures, ) | |
| ) | |
| Defendants. ) | |

## ORDER

A Report and Recommendation (#20) was filed by Magistrate Judge David G. Bernthal in the above cause on August 26, 2010. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#20) is accepted by this court.

(2) Defendants' 12(b)(6) Motion to Dismiss the Complaint (#11) is DENIED. Defendants are allowed twenty-one (21) days to file their Answer to Plaintiff's Complaint.

(3) This case is referred to Judge Bernthal for further proceedings.

ENTERED this 14th day of September, 2010.

s/MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE